646

374 A.2d 730

Third National Bank & Trust Company, et al. v.
Pennsylvania Gas & Water Company, Appellant.

Argued March 24, 1977. Joseph E. Gallagh-
er, with him O'Malley, Bour & Gallagher, for appellant;
Paul A. Barrett, with him Nogi, O'Malley and Harris, for
appellees.

Judgment affirmed.

374 A.2d 730

Topping, et al., Appellants, v. Canada Southern
Railway Company, et al.

Argued
September 20, 1976. Herbert E. Milstein, with him Kohn,
Savett, Marion & Graf, for appellants; Thomas A. Master-
son, with him Thomas A. Schneider, for appellees.

Decree affirmed.